**COPELANDS OF NEW ORLEANS INC**
2601 Severn Ave, Suite 202
METAIRIE, LA 70002

Direct Deposit Advice

*paylocity*

| | Check Date | Voucher Number |
|---|---|---|
| | August 16, 2016 | 42875 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 188.48 |
| **Total Direct Deposits** | | | **188.48** |

B6132  226-101  371351  42875  43518          B6132

Daniel Freeman
1875 Neva Ct
Mandeville, LA 70448

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### COPELANDS OF NEW ORLEANS INC

**Daniel Freeman**                                                                                           **Earnings Statement**

| Employee ID | 371351 | Fed Taxable Income | 204.82 | Check Date | August 16, 2016 | Voucher Number | 42875 |
| Location | 226-101 | Fed Filing Status | M-1 | Period Beginning | July 27, 2016 | Net Pay | 188.48 |
| Hourly | $2.13 | State Filing Status | S-1 | Period Ending | August 9, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| REGULAR | 7.25 | 28.25 | 204.82 | 28.25 | 204.82 |
| **Gross Earnings** | | 28.25 | 204.82 | 28.25 | 204.82 |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 0.00 |
| LA | | | 0.67 | 0.67 |
| MED | | | 2.97 | 2.97 |
| SS | | | 12.70 | 12.70 |
| **Taxes** | | | **16.34** | **16.34** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 188.48 |
| **Total Direct Deposits** | | | **188.48** |

COPELANDS OF NEW ORLEANS INC | 2601 Severn Ave, Suite 202  METAIRIE, LA 70002 | (504) 620-3730

COPELANDS OF NEW ORLEANS INC
2601 Severn Ave, Suite 202
METAIRIE, LA 70002

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | August 30, 2016 | 43421 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 357.34 |
| Total Direct Deposits | | | 357.34 |

B6132  226-101  371351  43421  44074      B6132

Daniel Freeman
1875 Neva Ct
Mandeville, LA 70448

Non Negotiable - This is not a check - Non Negotiable

**Non Negotiable - This is not a check - Non Negotiable**

## COPELANDS OF NEW ORLEANS INC

**Daniel Freeman**                                                                                                    **Earnings Statement**

| Employee ID | 371351 | Fed Taxable Income | 391.92 | Check Date | August 30, 2016 | Voucher Number | 43421 |
| Location | 226-101 | Fed Filing Status | M-1 | Period Beginning | August 10, 2016 | Net Pay | 357.34 |
| Hourly | $2.13 | State Filing Status | S-1 | Period Ending | August 23, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| CC CHAR | 2.13 | 0.00 | 282.53 | 0.00 | 282.53 |
| REGULAR | 2.13 | 28.00 | 59.64 | 71.77 | 376.96 |
| REGULAR | 7.25 | 15.52 | 112.50 | | |
| TIP CONT | 2.13 | 0.00 | -62.75 | 0.00 | -62.75 |
| TOTAL SE | 2.13 | 0.00 | 1,792.46 | 0.00 | 1,792.46 |
| **Gross Earnings** | | 43.52 | 391.92 | 71.77 | 596.74 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| LA | 4.60 | 5.27 |
| MED | 5.68 | 8.65 |
| SS | 24.30 | 37.00 |
| **Taxes** | 34.58 | 50.92 |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 357.34 |
| **Total Direct Deposits** | | | 357.34 |

COPELANDS OF NEW ORLEANS INC | 2601 Severn Ave, Suite 202  METAIRIE, LA 70002 | (504) 620-3730

**COPELANDS OF NEW ORLEANS INC**
2601 Severn Ave, Suite 202
METAIRIE, LA 70002

Direct Deposit Advice

paylocity

| | Check Date | Voucher Number |
|---|---|---|
| | September 13, 2016 | 43970 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 515.84 |
| Total Direct Deposits | | | 515.84 |

B6132  226-101  371351  43970  44629    B6132

Daniel Freeman
1875 Neva Ct
Mandeville, LA  70448

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### COPELANDS OF NEW ORLEANS INC

**Daniel Freeman**                                                                                           **Earnings Statement**

| Employee ID | 371351 | Fed Taxable Income | 579.85 | Check Date | September 13, 2016 | Voucher Number | 43970 |
| Location | 226-101 | Fed Filing Status | M-1 | Period Beginning | August 24, 2016 | Net Pay | 515.84 |
| Hourly | $2.13 | State Filing Status | S-1 | Period Ending | September 6, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| CC CHAR | 2.13 | 0.00 | 597.58 | 0.00 | 880.11 |
| REGULAR | 2.13 | 57.47 | 122.41 | 129.23 | 499.37 |
| TIP CONT | 2.13 | 0.00 | -140.14 | 0.00 | -202.89 |
| TOTAL SE | 2.13 | 0.00 | 4,001.10 | 0.00 | 5,793.56 |
| **Gross Earnings** | | **57.47** | **579.85** | **129.23** | **1,176.59** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 9.52 | 9.52 |
| LA | 10.13 | 15.40 |
| MED | 8.41 | 17.06 |
| SS | 35.95 | 72.95 |
| **Taxes** | **64.01** | **114.93** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 515.84 |
| **Total Direct Deposits** | | | **515.84** |

COPELANDS OF NEW ORLEANS INC | 2601 Severn Ave, Suite 202 METAIRIE, LA 70002 | (504) 620-3730

COPELANDS OF NEW ORLEANS INC  
2601 Severn Ave, Suite 202  
METAIRIE, LA 70002

Direct Deposit Advice

**paylocity**

| | Check Date | Voucher Number |
|---|---|---|
| | September 27, 2016 | 44569 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 407.83 |
| **Total Direct Deposits** | | | **407.83** |

B6132   226-101   371351 44569 45241        B6132

Daniel Freeman  
1875 Neva Ct  
Mandeville, LA 70448

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### COPELANDS OF NEW ORLEANS INC

**Daniel Freeman**                                                                                                **Earnings Statement**

| Employee ID | 371351 | Fed Taxable Income | 447.86 | Check Date | September 27, 2016 | Voucher Number | 44569 |
| Location | 226-101 | Fed Filing Status | M-1 | Period Beginning | September 7, 2016 | Net Pay | 407.83 |
| Hourly | $2.13 | State Filing Status | S-1 | Period Ending | September 20, 2016 | | |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| CC CHAR | 2.13 | 0.00 | 451.41 | 0.00 | 1,331.52 |
| REGULAR | 2.13 | 49.37 | 105.15 | 178.60 | 604.52 |
| TIP CONT | 2.13 | 0.00 | -108.70 | 0.00 | -311.59 |
| TOTAL SE | 2.13 | 0.00 | 3,105.89 | 0.00 | 8,899.45 |
| **Gross Earnings** | | **49.37** | **447.86** | **178.60** | **1,624.45** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 9.52 |
| LA | 5.77 | 21.17 |
| MED | 6.49 | 23.55 |
| SS | 27.77 | 100.72 |
| **Taxes** | **40.03** | **154.96** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | | Account | Amount |
|---|---|---|---|
| AMSOUTH BANK NA | C | ***6909 | 407.83 |
| **Total Direct Deposits** | | | **407.83** |

COPELANDS OF NEW ORLEANS INC | 2601 Severn Ave, Suite 202  METAIRIE, LA 70002 | (504) 620-3730

# Deanna Salles
## Accounting Services
*Profit & Loss*
Jan - Sep, 2016

| | January | February | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| DAS | 2,032.76 | 1,886.54 | 1,500.08 | 1,428.70 | 951.02 | 1,295.14 | 1,544.65 |
| Accounting | 1,096.92 | 428.75 | 1,607.85 | 336.25 | 447.50 | 709.36 | 205.00 |
| Gross Income | 3,129.68 | 2,315.29 | 3,107.93 | 1,764.95 | 1,398.52 | 2,004.50 | 1,749.65 |
| **Expenses** | | | | | | | |
| Auto | 904.92 | 655.58 | 717.97 | 691.67 | 604.72 | 750.08 | 535.90 |
| Contract Labor | - | - | - | - | - | - | - |
| Office | 62.25 | 45.10 | 49.39 | 47.58 | 41.60 | 51.60 | 36.86 |
| Meals & Entertainment | 205.48 | 148.86 | 163.03 | 157.06 | 137.31 | 170.32 | 121.69 |
| Internet | 49.92 | 49.92 | 49.92 | 49.92 | 49.92 | 49.92 | 49.92 |
| Postage | - | 8.00 | - | - | - | - | 6.00 |
| E-fax | 16.92 | 16.92 | 16.92 | 16.92 | 16.92 | 16.92 | 16.92 |
| Cellular | 120.83 | 120.83 | 120.83 | 120.83 | 120.83 | 120.83 | 120.83 |
| Bank Charges | 10.00 | 10.00 | 10.00 | 10.00 | 10.00 | 42.04 | 10.00 |
| Dues & Subs | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 | 20.50 |
| Gifts | 156.96 | - | - | - | - | - | - |
| Software | - | - | - | - | - | - | - |
| Continuing Education | 149.04 | - | - | - | - | - | - |
| Depreciation | 108.42 | 108.42 | 108.42 | 108.42 | 108.42 | 108.42 | 108.42 |
| Total Expenses | 1,805.24 | 1,184.13 | 1,256.98 | 1,222.90 | 1,110.22 | 1,330.63 | 1,027.04 |
| Net Income | 1,324.44 | 1,131.16 | 1,850.95 | 542.05 | 288.30 | 673.87 | 722.61 |

| August | September | Total |
|---|---|---|
| 1,413.03 | 1,421.29 | 13,473.21 |
| 858.11 | - | 5,689.74 |
| 2,271.14 | 1,421.29 | 19,162.95 |
| | | - |
| 562.18 | 590.57 | 6,013.59 |
| - | 315.00 | 315.00 |
| 38.67 | 40.62 | 413.67 |
| 127.65 | 134.10 | 1,365.50 |
| 49.92 | 49.92 | 449.28 |
| - | - | 14.00 |
| 16.92 | 16.92 | 152.28 |
| 120.83 | 120.83 | 1,087.47 |
| 10.00 | 10.00 | 122.04 |
| 20.50 | 20.50 | 184.50 |
| - | - | 156.96 |
| - | - | - |
| - | - | 149.04 |
| 108.42 | 108.42 | 975.78 |
| 1,055.09 | 1,406.88 | 11,399.11 |
| | | |
| 1,216.05 | 14.41 | 7,763.84 |