Certificate Number: 12433-LAE-DE-028430535

Bankruptcy Case Number: 16-12658



12433-LAE-DE-028430535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 1, 2016, at 2:31 o'clock AM CST, Daniel Michael Freeman completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Louisiana.

Date: December 1, 2016

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor