PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING

Date: 12/01/16  Time: 02:00pm
IN RE:  CASE NO. 16-12658   Section "B"
**FREEMAN, DANIEL**

**APPEARANCES:**
(✓) Debtor 1                                                      ( ) Debtor 2 (Spouse in Joint Cases)
(✓) Required picture I.D. produced                 ( ) Required picture I.D. produced
(✓) Required SSN verification produced          ( ) Required SSN verification produced
(✓) Pay advices received P-4                           ( ) Pay advices produced

Credit Counseling certificate (✓) filed ( ) not filed  P-3
Tax returns received for _2015 + 2014 T_ (years) on _11/30/16_
Financial Documents were ( ) retained by Trustee  ( ) returned to Debtor(s)

( ) Debtor(s) Representative _____
(✓) Attorney for Debtor(s): ROBIN R. DELEO
( ) Debtor(s) Appeared Pro Se
   YES( ) NO( ) If Pro Se, did anyone assist with preparation?
   YES( ) NO( ) If Yes, Debtor has completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD or
( ) NOT HELD or
( ) WAS NOT CONCLUDED AND CONTINUED to ____ day of _____, 2015 at ___:___ ___.m.

YES(✓) NO( ) Attorney for debtor(s) filed statement of compensation in accordance with 11 U.S.C. 329.  Pg. 44

( ) CREDITOR(S):                                Represented By:
_____        _____
_____        _____
_____        _____

**DEBTOR(s) REQUIRED TO :**
( ) Amend Schedules and Statements within ____ days of the §341(a) Meeting.
(✓) Other: _prepare 2016 income tax returns as soon as able & furnish copies to Trustee_

In accordance with FRBP 6007 the Trustee announced intention to abandon any interest in:
Hsehld Goods/Appliances/Furn. _____
Wearing Apparel _____  2004 Toyota Highlander
109 Castle Dr., Slidell, La.
$0.30 debit card balance
Hsehld. electronics
Wedding ring
pension benefits

Additional Notes: _Jet ski: deal or turnover_
T = transcript

                              12/1/16            David V. Adler
                              DATED              TRUSTEE

TRACK # _10_ or TAPE # ____ SIDE____ COUNTER START # ____       Form Rev. 4/1/09