UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
BROWN, J.
FEBRUARY 8, 2017

IN RE

**DANIEL FREEMAN**

DEBTOR(S)

**BANKRUPTCY NO.**
**16-12658**
**SECTION "B"**
CHAPTER 7

This matter was scheduled to come before the Honorable Jerry A. Brown on February 15, 2017 as a hearing on the motion of MidFirst Bank for relief from the stay re: 109 Castle Drive, Slidell, LA 70458 **(P-14)**.

The property was disclaimed and abandoned by the Chapter 7 Trustee on December 22, 2016 **(P-11)** and the Debtor was discharged on January 31, 2017 **(P-16)**. Accordingly,

**IT IS ORDERED** that the motion for relief from the stay is **DISMISSED AS MOOT and the hearing scheduled for February 15, 2017 is canceled.**

New Orleans, Louisiana, February 8, 2017.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE