Printed: 06/29/17 08:29 PM

# Trustee's Compensation

**Debtor:** FREEMAN, DANIEL  **Case:** 16-12658

### Computation of Compensation

| | | | |
|---|---:|---:|---:|
| Total disbursements to other than the debtor are: | | | 6,300.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 1,300.00 | = | 130.00 |
| 5% of Next $950,000 | 0.00 | = | 0.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$1,380.00** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$1,380.00** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$1,380.00** |

### Trustee Expenses

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 141 copies at 25.0 cents per copy | 35.25 |
| Postage | | 3.58 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 20.00 |
| Distribution Expenses | | 33.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$91.83** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$91.83** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$91.83** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $1,380.00 as compensation and $91.83 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 06/29/17     Signed: *David V. Adler*

DAVID V. ADLER
P.O. BOX 55129

METAIRIE, LA 70055-5129

## Expenses Worksheet-EXHIBIT D-1
### Period: 01/01/00 - 06/29/17
### Trustee: DAVID V. ADLER (380020)

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 16-12658 | **Case Name:** | FREEMAN, DANIEL | |
| **Case Type:** | Assets | **Judge:** | JERRY A. BROWN | |
| **Petition Date:** | 10/27/16 | **341a Meeting:** | 12/01/16 14:00 | |

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 10/27/16 | NOTICE OF APPOINTMENT | 1.00 | $0.250 | $0.25 |
| 10/27/16 | DOWNLOAD/PRINT SCHEDULES | 47.00 | $0.250 | $11.75 |
| 11/03/16 | LTR TO DEBTOR'S ATTY | 4.00 | $0.250 | $1.00 |
| 11/29/16 | DRAFT 341 PROCEEDING MEMO & NOTES | 2.00 | $0.250 | $0.50 |
| 12/12/16 | DISCLAIMER & ORDER | 4.00 | $0.250 | $1.00 |
| 12/22/16 | LTR TO DEBTOR | 2.00 | $0.250 | $0.50 |
| 03/23/17 | App Employ, Notice, & certificate | 10.00 | $0.250 | $2.50 |
| 03/23/17 | COPY APPL | 3.00 | $0.250 | $0.75 |
| 03/24/17 | CHANGE OF STATUS | 2.00 | $0.250 | $0.50 |
| 04/17/17 | Memo to Record; draft order; & email to Chambers | 4.00 | $0.250 | $1.00 |
| 05/12/17 | DEPOSIT | 2.00 | $0.250 | $0.50 |
| 05/15/17 | Trustee's Report on Sale | 5.00 | $0.250 | $1.25 |
| 06/29/17 | TFR PREPARATION, WXHIBITS, & FILE COPIES | 40.00 | $0.250 | $10.00 |
| 06/29/17 | EST-NFR PREPARATION | 4.00 | $0.250 | $1.00 |
| 06/29/17 | EST-DRAFT NFR CERT OF SERVICE | 7.00 | $0.250 | $1.75 |
| 06/29/17 | EST-TFR ORDER (MEMO OF RECORD, DRAFT & EMAIL, FINAL) | 4.00 | $0.250 | $1.00 |
| | **Total for category COPIES:** | **141.00** | | **$35.25** |

**Category:** DISTRIBUTION

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/23/17 | NOTICE OF HEARING AUCTION | 16.00 | $1.000 | $16.00 |
| 06/29/17 | EST-NFR SERVICE OF COPIES TO ALL PARTIES ON MAILING MATRIX | 17.00 | $1.000 | $17.00 |
| | **Total for category DISTRIBUTION:** | **33.00** | | **$33.00** |

**Category:** POSTAGE

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 11/03/16 | LTR TO DEBTOR'S ATTY | 1.00 | $0.470 | $0.47 |
| 12/22/16 | LTR TO DEBTOR | 2.00 | $0.470 | $0.94 |
| 06/29/17 | EST-TFR DIVIDENDS EACH | 2.00 | $0.490 | $0.98 |
| 06/29/17 | MAIL BANK STATEMENT TO OUST | 1.00 | $1.190 | $1.19 |
| | **Total for category POSTAGE:** | **6.00** | | **$3.58** |

# Expenses Worksheet-EXHIBIT D-1
### Period: 01/01/00 - 06/29/17
### Trustee: DAVID V. ADLER (380020)

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 16-12658 | **Case Name:** | FREEMAN, DANIEL | |
| **Case Type:** | Assets | **Judge:** | JERRY A. BROWN | |
| **Petition Date:** | 10/27/16 | **341a Meeting:** | 12/01/16 14:00 | |

**Category:** SUPPLIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 12/31/16 | ANNUAL CHARGE-SUPPLIES, ETC. | 1.00 | $10.000 | $10.00 |
| 06/29/17 | ANNUAL CHARGE-SUPPLIES, ETC. | 1.00 | $10.000 | $10.00 |
| | **Total for category SUPPLIES:** | **2.00** | | **$20.00** |
| | **Total for case 16-12658:** | | | **$91.83** |

**Grand Total:** $91.83