UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**DANIEL FREEMAN**

DEBTOR(S)

BANKRUPTCY NO.
16-12658
SECTION "B"
CHAPTER 7

## ORDER

This matter was to come before the Court on August 2, 2017 as a hearing on approval of the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution filed herein.

Proper notice having been given to all creditors and parties in interest and no timely objections having been filed and considering that the report has been reviewed by the U. S. Trustee,

**IT IS ORDERED** that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Proposed Distribution is **APPROVED** and that the funds be distributed in accordance therewith.

New Orleans, Louisiana, July 31, 2017.

*J. A. Brown*
JERRY A. BROWN
BANKRUPTCY JUDGE